**James M. KINDER, Plaintiff—Appellant,**

v.

**Dona LOSHONKOHL, Defendant—Appellee.**

**No. 06–55445.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2007.*

Filed Dec. 10, 2007.

Chad Austin, Esq., San Diego, CA, for Plaintiff–Appellant.

Dan Zeidman, Esq., Law Offices of Dan Zeidman, El Cajon, CA, for Defendant–Appellee.

Before: SILVERMAN, WARDLAW, AND IKUTA, Circuit Judges.

### MEMORANDUM **

James M. Kinder appeals the district court's order dismissing his 42 U.S.C. § 1983 claim against Dona Loshonkohl for lack of subject matter jurisdiction. Kinder's § 1983 claim asserts federal question jurisdiction based on his contention that California Civil Code § 47.5 is unconstitutional and seeks an injunction against en-forcement of a judgment Loshonkohl won against him under § 47.5 in the state courts.

The district court correctly concluded that it lacked subject matter jurisdiction to adjudicate Kinder's claim. In *Gritchen v. Collier*, 254 F.3d 807 (9th Cir.2001), we held that an officer's filing of a § 47.5 defamation action is not taken under color of state law, which is a "jurisdictional requisite for a § 1983 claim." *Id.* at 812 (citing *West v. Atkins*, 487 U.S. 42, 46, 108 S.Ct. 2250, 101 L.Ed.2d 40 (1988)).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App.P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

